on the findings of the judge, and also from an order denying a motion for a new trial upon a case; but the appeal is entirely destitute of merit. The testimony introduced by the plaintiff upon the trial made a plain case of fraud and overreaching, and it was entirely unanswered. The findings of the trial judge are strongly in favor of the plaintiff, and they could not well have been otherwise, without a disregard of convincing testimony and circumstances; the most material and satisfactory of which stands undisputed. The judgment and order appealed from should be affirmed, with costs. All concur.

---

### Rose, Appellant, v. Hawley et al., Respondents.

*(Supreme Court, General Term, Second Department. July 2, 1891.)*

Appeal from special term, Westchester county.

Action by Levi P. Rose against David Hawley, the city of Yonkers, and others.

Argued before Dykman and Pratt, JJ.

*James M. Hunt,* for appellant. *T. & S. H. Fitch* and *Joseph F. Daly,* (*Theodore Fitch,* of counsel,) for respondents.

Dykman, J. We cannot see that the statement of facts in the ninth paragraph of the complaint makes a new case. All decisions are based upon some reason, and frequently the difficulty which caused the defeat might have been obviated, if suggested, but such oversight does not deprive the decision of finality; so we conclude that the decision of the court of appeals (23 N. E. Rep. 904) in the former action is conclusive, and that the judgment must be affirmed, with costs.

---

### Oberle, Respondent, v. Lang Manuf'g Co., Appellant.

*(Supreme Court, General Term, Third Department. May, 1891.)*

Appeal from Albany county court.

Action by Charles Oberle against the Lang Manufacturing Company.

Argued before Learned, P. J., and Landon and Mayham, JJ.

*Montignani, Mallory & Elmendorf,* for appellant. *Lewis Cass,* for respondent.

No opinion. Motion to go to court of appeals or for reargument or to modify. Judgment reversed and new trial ordered, with costs to abide event, unless plaintiff stipulates to allow $10, and, if allowed, then affirmed, with costs.

---

### Birge, Respondent, v. Berlin Iron Bridge Co., Appellant.

*(Supreme Court, General Term, Third Department. September 25, 1891.)*

Action by James C. Birge against the Berlin Iron Bridge Company.

Argued before Learned, P. J., and Landon and Mayham, JJ.

No opinion. Order for stay granted.

---

### Collamer, Respondent, v. Farrington, Appellant.

*(Supreme Court, General Term, Third Department. September 25, 1891.)*

Action by Warren B. Collamer against Albert H. Farrington.

Argued before Learned, P. J., and Landon and Mayham, JJ.

No opinion. Motion to go to court of appeals denied. For opinion on appeal, see 15 N. Y. Supp. 452.